UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JOHNNY KEITH MORAN             CASE NO. 20-10840
149 RICHARDSON ROAD            JUDGE BENJAMIN A. KAHN
RANDLEMAN, NC  27317

    DEBTOR

SSN(1) XXX-XX-1791             DATE: 06/16/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

---

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>% ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55437 | $766.55<br>INT:  .00%<br>NAME ID: 174431<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 4158<br>COMMENT: CITIBANK |
| AMERICAN HONDA FINANCE CORPORATION<br>P O BOX 168088<br>IRVING, TX  75016 | $0.00<br>INT:  .00%<br>NAME ID: 170178<br>CLAIM #:  0004 | (S) SECURED<br>SURRENDERED<br>ACCT: 9676<br>COMMENT: OC,CRF125,REL |
| AMERIFINANCIAL SOLUTIONS LLC<br>P O BOX 65018<br>BALTIMORE, MD  21264 | $0.00<br>INT:  .00%<br>NAME ID: 156332<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRICKHOUSE OPCO I LLC<br>4053 MAPLE RD STE 122<br>AMHERST, NY  14226-1422 | $14,218.03<br>INT:  .00%<br>NAME ID: 184335<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 7299<br>COMMENT: SUZUKI |
| CAPITAL ONE<br>P O BOX 31293<br>SALT LAKE CITY, UT  84131 | $0.00<br>INT:  .00%<br>NAME ID: 183674<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7805<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1791<br>COMMENT: OC |
| JJ BEST BANC & CO<br>60 N WATER ST<br>NEW BEDFORD, MA  02740 | $9,376.27<br>INT: 5.25%<br>NAME ID: 183710<br>CLAIM #:  0007 | (S) SECURED<br><br>ACCT:<br>COMMENT: OC,321LN/A,32LN/A |
| JJ BEST BANC & CO<br>60 N WATER ST<br>NEW BEDFORD, MA  02740 | $1,403.15<br>INT:  .00%<br>NAME ID: 183710<br>CLAIM #:  10007 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: SPLIT,321LN/A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI 48090 | $839.87<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 4070<br>COMMENT: SYNCHRONY BANK/WALMART |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1791<br>COMMENT: OC |
| NAVIGANT CREDIT UNION<br>1005 DOUGLAS PIKE<br>SMITHFIELD, RI 02917 | $0.00<br>INT: .00%<br>NAME ID: 183676<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5099<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN 47731-3251 | $3,999.03<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 2718<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $2,696.03<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 6647<br>COMMENT: PAYPAL |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC 27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0016 | (S) SECURED<br>AMENDED<br>ACCT: 1791<br>COMMENT: 1120C/WDRN |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205 | $834.26<br>INT: 10.30%<br>NAME ID: 9626<br>CLAIM #: 0017 | (S) SECURED<br><br>ACCT: 1791<br>COMMENT: OC |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC 27205 | $154.82<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 1791<br>COMMENT: |
| REGIONAL MANAGEMENT CORP<br>979 BATESVILLE RD STE B<br>GREER, SC 29651 | $2,552.11<br>INT: 8.00%<br>NAME ID: 162250<br>CLAIM #: 0012 | (S) SECURED<br><br>ACCT: 8242<br>COMMENT: JU, 121A |
| RESERVE AT ASHELYN GLEN<br>1819 N FAYETTEVILLE ST BLDG 8<br>ASHEBORO, NC 27203 | $1,073.32<br>INT: 5.25%<br>NAME ID: 183678<br>CLAIM #: 0013 | (S) SECURED<br><br>ACCT:<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $12,945.05<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 6501<br>COMMENT: 321LN/A |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $129,907.86<br>INT: .00%<br>NAME ID: 152268<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 1791<br>COMMENT: |
| **TOTAL:** | **$180,818.35** | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $3,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice